UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOME-OWNERS INSURANCE
COMPANY,

        Plaintiff,

v.

HERBERT BOXER and
MARIAN BOXER,

        Defendants.
_____/

Case No. 1:22-cv-99

Hon. Ray Kent

## JUDGMENT

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of plaintiff Home-Owners Insurance Company and against defendants Herbert Boxer and Marian Boxer.

Date: September 27, 2023

/s/ Ray Kent
RAY KENT
United States Magistrate Judge